IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JULIE NEPSTAD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RON MANDELLA, individually, and as TRUSTEE FOR THE MANDELLA FAMILY LIVING REVOCABLE TRUST,<br><br>　　　　　Defendants. | CV 22-124-BLG-KLD<br><br>ORDER |

　　　　The Parties have filed a Joint Motion to Stay all Proceedings (Doc. 22) for a period of three months so that the Parties may properly confirm the successor trustee to the Mandella Family Living Revocable Trust. The Parties have agreed that the matter can be held in abeyance until Angela Mandella's health status is better understood and the proper trustee can be determined with certainty. Accordingly, and good cause appearing,

　　　　IT IS ORDERED that the Parties Joint Motion to Stay all Proceedings (Doc. 22) is GRANTED. All matters in this action are STAYED until April 12, 2024.

　　　　IT IS FURTHER ORDERED that counsel for the parties shall file a joint status report on or before April 12, 2024, updating the Court on Ms. Mandella's

health and otherwise outlining how the case should proceed based on upon existing circumstances.

    DATED this 16th day of January, 2024.

                                                                 _____
                                                                 Kathleen L. DeSoto
                                                                 United States Magistrate Judge