IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JULIE NEPSTAD,<br><br>　　　　Plaintiff/Counterclaim Defendant<br><br>　vs.<br><br>RON MANDELLA, individually and as trustee for the MANDELLA LIVING REVOCABLE TRUST,<br><br>　　　　Defendants/Counterclaim Plaintiffs. | CV 22-124-BLG-KLD<br><br>ORDER |

The parties have filed a Stipulation for Dismissal of All Claims with Prejudice (Doc. 28). Accordingly, and good cause appearing,

IT IS ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

IT IS FURTHER ORDERED that any pending motions are DENIED AS MOOT.

//

//

//

1

The Clerk of Court is directed to close the case file.

DATED this 8th day of May, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge